**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT L. FEHNEL,　　　　　　　　　　: No. 28 EAL 2014
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　　:
　　　　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal from the
　　　　　　　　　　　　　　　　　　　　: Order of the Commonwealth Court
　　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
PENNSYLVANIA BOARD OF　　　　　　　　:
PROBATION AND PAROLE,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　　　:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 3rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.